**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **MICHAEL VISIN,**<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>**JEWISH COMMUNITY FEDERATION RETIREMENT PLAN AND DAVID YEUNG,**<br><br>　　　　Defendants. | Case No. 16-cv-01338 YGR<br><br>**ORDER RE: PLAINTIFF'S REQUEST TO CONSENT TO MAGISTRATE JURISDICTION**<br><br>Re: Dkt. No. 6 |

On March 18, 2016, Plaintiff Michael Visin, proceeding *pro se*, filed his declination to proceed before a Magistrate Judge. (Dkt. No. 4.) This case was thereafter reassigned from Magistrate Judge Laporte to the undersigned District Court Judge. (Dkt. No. 2.) Plaintiff then sent the Court a letter requesting his case be reassigned back to Magistrate Judge Laporte (Dkt. No.6), effectively seeking to withdraw his earlier declination and consent to Magistrate jurisdiction.

The Court recognizes Plaintiff's willingness to consent to the jurisdiction of Magistrate Judge Laporte. However, the case cannot be transferred back to Magistrate Judge Laporte until Defendants are served and indicate whether they will so consent. All parties in a case must consent to Magistrate Judge jurisdiction; otherwise, the case must be reassigned to a District Court Judge. *See* 28 U.S.C. 636(c). Should Defendants consent this case will be transferred back to Magistrate Judge Laporte. Once served, Defendants shall advise the Court whether they are willing to consent to the jurisdiction of Magistrate Judge Laporte.

In the interim, and in light of Plaintiff's physical limitations, the Court will not require any personal appearances in Oakland and will permit telephonic appearances as necessary.

Plaintiff shall serve a copy of this Order on Defendants with the summons and complaint or promptly thereafter.

**IT IS SO ORDERED.**

Dated: April 4, 2016

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　**YVONNE GONZALEZ ROGERS**
　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT COURT JUDGE**